UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
Helen Ruiz,

               Plaintiff(s),               ORDER

       -against-

                                    18 Civ. 9904 (PKC)

City of New York, et al.,

              Defendant(s).
--------------------------------------------------------x

CASTEL, U.S.D.J.

       Due to the COVID-19 pandemic, conferences with the Court in civil cases will be held by teleconferencing until further notice. Counsel for the plaintiff(s) shall arrange for the conference call. Each scheduled conference will take place on the date and time originally set. The conference in this case is scheduled for June 19, 2020 at 2:00 p.m.

       No later than seventy-two hours before the conference, plaintiff(s)' counsel shall:

(a) docket a letter on ECF to the Court with copy to all opposing counsel containing the call-in information and email the letter to castelnysdchambers@nysd.uscourts.gov ; and

(b) for an initial pretrial conference, email a copy of the agreed upon (or disputed) Civil Case Management Plan & Scheduling Order to: castelnysdchambers@nysd.uscourts.gov .

       SO ORDERED.

                                                  P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
           June 4, 2020