UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
HELENE RUIZ,

                Plaintiff,                      18-cv-9904 (PKC)

    -against-                                  ORDER

THE CITY OF NEW YORK, METROPOLITAN
TRANSPORTATION AUTHORITY, NEW
YORK CITY TRANSIT AUTHORITY,
NATIONAL RAILROAD PASSENGER CORP.
(AMTRAK), & MSG ARENA, LLC,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Having reviewed the parties' submissions, defendants are granted leave to move for sanctions under the inherent power of the Court to issue sanctions for abusive litigation practices. At least one out-of-Circuit Court has approved the award of compensatory damages as a component of sanctions under the Court's inherent powers. B.K.B. v. Maui Police Dep't, 276 F.3d 1091, 1109 (9th Cir. 2002), as amended (Feb. 20, 2002).

        If defendants elect to file such a motion they shall do so by August 4, 2020. Plaintiff may respond by August 25, 2020. Defendants may reply by September 9, 2020.

        SO ORDERED.

                                                      P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
         July 7, 2020