UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Helene Ruiz.,

        Plaintiff(s),                      ORDER

    -against-

                                                  18 Civ. 9904 (PKC)

City of New York, et al.,

        Defendant(s).
-------------------------------------------------------x

CASTEL, U.S.D.J.

        Telephonic conference is scheduled for September 15, 2020 at 2:00 p.m.

The call-in information for this teleconference is:

        <u>Dial-in</u>:     (888) 363-4749

        <u>Access Code</u>:  3667981

        SO ORDERED.

                                                  P. Kevin Castel
                                         United States District Judge

Dated:  New York, New York
           September 2, 2020