

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**L**AW **D**EPARTMENT<br>SPECIAL LITIGATION UNIT<br>*Office Address*:<br>233 B**ROADWAY** R**M**. 15-135<br>N**EW** Y**ORK** N**EW** Y**ORK** 10279<br>*Mailing Address*:<br>100 C**HURCH** S**T**.<br>N**EW** Y**ORK**, N**EW** Y**ORK** 10007 | **DAVID J. SKOCHIL**<br>*Senior Counsel*<br>Tel: (212) 356-7155<br>Fax: (212) 356-1148<br>Email: dskochil@law.nyc.gov |

December 18, 2020

Honorable Magistrate Judge
Gabriel W. Gorenstein
United States Courthouse
500 Pearl Street
New York New York 10007

**MEMORANDUM ENDORSEMENT**

    Re:    Helene Ruiz v. City of New York Et. Al.
           Docket No.: 18 CV 9904(PKC)(GWG)
           <u>NYC File No.: 2018-079701</u>

Dear Judge Gorenstein:

       My name is David Skochil. My office represents defendant, the City of New York in this matter. I acknowledge receipt of the Court's notification of a telephonic settlement conference to take place at 3:00 pm on Friday January 8, 2021. I would like to respectfully advise the Court that I am of the Orthodox Jewish faith and am Sabbath observant. The Jewish Sabbath begins at Sundown on Friday evening. Given the early time of sundown in January, I will need to conclude work by approximately 3:00 in order to complete preparations for the Sabbath. As such, I would like to respectfully request that the Court move the conference earlier in the day so that I can participate. I have notified the other parties of this request and no party has objected. Should you have any questions or require any further information, please do not hesitate to contact me at (646) 499-1034 or dskochil@law.nyc.gov.

                                          Respectfully submitted,

                                          /s/David Skochil
                                          David J. Skochil
                                          Senior Counsel

cc: (via ECF)

Giordiano Law Offices
Attorneys for Plaintiff
226 Lenox Avenue
New York New York 10027

Lawrence Heisler
130 Livingston Street, 11th Floor
Brooklyn New York 11201

Landman, Corsi, Ballaine & Ford, P.C.
120 Broadway 13th Floor
New York New York 10271

Tarshis & Hammerman
118-35 Queens Boulevard
Forrest Hills New York 11375

**The time of the conference is changed to 10:30 a.m. In the future, please comply with the instructions in Docket #112 or the Court's Individual Practices before making such a request.**

**So Ordered.**

*[signature]*

GABRIEL W. GORENSTEIN
United States Magistrate Judge
**December 21, 2020**