# Landman Corsi Ballaine & Ford P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

| | | |
|---|---|---|
| One Gateway Center<br>4th Floor<br>Newark, NJ 07102<br>Tel: (973) 623-2700 | 120 BROADWAY<br>13TH FLOOR<br>NEW YORK, NEW YORK 10271<br>TELEPHONE (212) 238-4800<br>FACSIMILE (212) 238-4848<br>www.lcbf.com | One Penn Center<br>1617 JFK Boulevard, Suite 955<br>Philadelphia, PA 19103<br>Tel: (215) 561-8540 |

January 11, 2021

*Via ECF*

Hon. P. Kevin Castel, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom 11D
New York, New York 10007

Application GRANTED.
SO ORDERED.

Dated: 1/12/2021

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

Re:   *Ruiz v. City of New York, et al.*
      Docket No.: 18-cv-09904 (PKC)

Dear Judge Castel:

We represent defendant National Railroad Passenger Corporation ("Amtrak") in the above referenced matter. In accordance with Your Honor's individual rules, we write to request that the deadline for the parties to file a pre-motion letter be extended by one week from January 13, 2021 to January 20, 2021.

The parties participated in a settlement conference before Magistrate Gabriel Gorenstein on January 8, 2021, but we were unable to reach a resolution. As such, we request this extension in order to confer with our client, and further investigate and discuss the issues raised during the conference.

No prior request to extend the dispositive motion deadline has been made. Counsel for Plaintiff, the City, MSG, and NYCTA/MTA consent to this request.

We thank the Court for its consideration of this request.

Respectfully Submitted,

/s/
Shayna A. Bryan

CC:   Via ECF & Email:
      All counsel of record

4813-2710-3702v.1