8-Feb-2021 19:14 Fax 12124069410 p.4

Case 1:18-cv-09904-PKC Document 124 Filed 02/09/21 Page 1 of 1
Case 1:18-cv-09904-PKC Document 123 Filed 02/08/21 Page 1 of 1



# GIORDANO LAW OFFICES PLLC

February 8, 2021

**VIA ECF & FACSIMILE**
Hon. P. Kevin Castel, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom 11D
New York, New York 10007
Fax: (212) 805-7949

*[Handwritten: Time to file Final Pretrial Submission is stayed pending further Order. SO ORDERED /s/ 2-9-21]*

Re: *Ruiz v. City, et al.*, Civ. No. 18-cv-9904 (PKC)(GWG)

Your Honor:

We represent Plaintiff Helene Ruiz in the above referenced matter. Pursuant to the Court's Individual Rules 1(B), we write jointly with Defendants National Railroad Passenger Corp. ("Amtrak") and MSG Arena, LLC ("MSG") to respectfully request an extension of the deadline for the parties' Final Pretrial Submission (including the Joint Pretrial Order, proposed voir dire, jury instructions, and verdict form) currently due on February 15, 2021 (30 days after the close of discovery). *See* So-Ordered Civil Case Management Plan and Scheduling Order, Doc. 20, para 11. No conference is scheduled at this time.

The reason for this joint request for an extension of time to file the Final Pretrial Submission is that on January 21, 2021, the Court set the following schedule for summary judgment motions: "Defendants MSG and Amtrak may file Motions for Summary Judgment by February 19, 2021. Plaintiff shall respond by March 19, 2021.[1] Defendants may reply by April 20, 2021." *See* Minute Entry of January 21, 2021. The Court also ordered, "Plaintiff may file its own motion for summary judgment by March 19, 2021" and set a respective briefing schedule. *Id.* However, Plaintiff will not be filing her own affirmative dispositive motion and rather will be filing opposition to both Amtrak and MSG's motions.

Accordingly, the parties respectfully request an extension of time to file the Final Pretrial Submission until at least 30 days following the Court's Order deciding the pending dispositive motions.

All Counsel for the parties remaining in this litigation join in this request. This is the first request for an extension of time to file the parties' Final Pretrial Submission. We thank the Court for its attention to this matter.

Respectfully Submitted,

*[signature]*

Carmen Giordano, Esq.

CC: *Via ECF & Email*: All counsel of record

---

[1] MSG and Amtrak also respectfully request that any party may respond to MSG's and Amtrak's summary judgment motions by March 19, 2021. In other words, if applicable, MSG also may respond to Amtrak's summary judgment motion and Amtrak may respond to MSG's summary judgment motion.